Dwight Yellen (DY 6547)
BALLON STOLL BADER & NADLER
505 Main Street
Hackensack, New Jersey 07601
201.342-7808
 Attorneys for Respondent

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------x

In re Application for an
Order permitting BAYER AG
to take discovery,
pursuant to the Federal
Rules of Civil Procedure,
of BETACHEM, INC. for use
in an action pending in
the FIRST INSTANCE COURT
NO. 25 OF BARCELONA,
SPAIN.

Civil Action No. 96-5650 (WHW)

O R D E R  &  J U D G M E N T

------------------------------x

Upon the application, dated December 3, 1996, of Bayer AG for an order, pursuant to 28 U.S.C. § 1782, to take discovery of Betachem, Inc.; and upon the objection of BetacHem, Inc., dated December 17, 1996, objecting to the application; and upon the reply memorandum of Bayer AG, dated December 20, 1996, in further support of its application; and the parties, by their counsel, having be heard in open court on December 23, 1996; and sufficient cause appearing to me therefor, and due deliberation having been had hereon,

NOW, THEREFORE, it is

ORDERED, that the application be, and the same hereby is, denied; and it is further

**ORDERED, ADJUDGED & DECREED,** that the within action be, and the same hereby is, dismissed.

Dated: Newark, New Jersey
~~December~~ ___, ~~1996~~
January 2, 1997

S O   O R D E R E D

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE